NOVEMBER 18, 2002

No. 02–6303. TAYLOR *v.* PENNINGTON ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–6416. BOWEN *v.* HUNT, GOVERNOR OF NORTH CAROLINA, ET AL. Ct. App. N. C. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2332. IN RE DISBARMENT OF HARLEY. Disbarment entered. [For earlier order herein, see 536 U. S. 975.]

No. 02M37. MURRAY *v.* GOLDMAN;
No. 02M38. ARELLANO *v.* SIKORSKY AIRCRAFT; and
No. 02M39. DELOS SANTOS *v.* OFFICE OF PERSONNEL MANAGEMENT. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 02M36. DOUGLAS *v.* DUCOMB CENTER ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 128, Orig. ALASKA *v.* UNITED STATES. Motion of the Special Master for fees and reimbursement of expenses granted, and the Special Master is awarded a total of $86,070.21 for the period April 17 through October 16, 2002, to be paid equally by the parties. [For earlier order herein, see, *e. g.,* 535 U. S. 1052.]

No. 01–11029. GOBBI *v.* BANK OF NEW YORK ET AL. C. A. 4th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 810] denied.

No. 02–5218. STURDZA *v.* UNITED ARAB EMIRATES ET AL. C. A. D. C. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 810] denied.